UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA DREW,

        Petitioner,                  Case No. 1:13cv1135

v.                                          Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 3, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 3, 2014, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that plaintiff's motion for attorney fees under the EAJA (docket #29) is **GRANTED**.  Defendant shall pay plaintiff attorney fees in the amount of $1,950.00.

                                  /s/ Robert J. Jonker
                                ROBERT J. JONKER
                                UNITED STATES DISTRICT JUDGE

DATED:  November 25, 2014.